UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Daniel Childs

    v.                                    Case No. 05-fp-436

Hillsborough County
    Department of Corrections, et al.


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS


    Plaintiff's request to proceed in forma pauperis is hereby
granted.

    This case has been assigned number *05*-cv-*436*-*JD*.

**SO ORDERED.**


_Joseph A. DiClerico_
United States District Judge


Date: *January 11, 2006*

cc: Daniel Childs