UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Daniel Childs</u>

    v.                          Case No. 05-fp-436

<u>Hillsborough County</u>
    <u>Department of Corrections, et al.</u>


<u>**ORDER GRANTING REQUEST TO**</u>
<u>**PROCEED IN FORMA PAUPERIS**</u>

    Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted.

    This case has been assigned number 05-cv-436-JD.

**SO ORDERED.**

                                            /s/ Joseph A. DiClerico
                                            United States District Judge

Date: January 11, 2006
cc:  Daniel Childs