UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Childs</u>

   v.        Civil No. 05-cv-436-JD

<u>Hillsborough County Department of Corrections, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 2, 2006, no objection having been filed.

SO ORDERED.


May 23, 2006        <u>/s/ Joseph A. DiClerico, Jr.</u>
             Joseph A. DiClerico, Jr.
             United States District Judge


cc: Daniel Childs, pro se